# United States Court of Appeals for the Federal Circuit

June 30, 2010

**ERRATA**

Appeal No. 2009-1282

**GALLANT OCEAN (THAILAND) CO., LTD.,**
**v.**
**UNITED STATES,**

Decided:  April 16, 2010
Precedential Opinion

Please make the following change:

Page 10, line 1, change "the ITC" to --Commerce--.